# Notice Recipients

District/Off: 0315−2             User: auto                Date Created: 7/17/2025
Case: 25−21859−CMB               Form ID: pdf900           Total: 43

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty    Keri P. Ebeck    kebeck@bernsteinlaw.com
aty    Matthew M. Brennan    attorneymatthewbrennan@gmail.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Charles J. Ferraro    10 Marilyn Drive    West Mifflin, PA 15122
jdb          Kelly A. Ferraro    10 Marilyn Drive    West Mifflin, PA 15122
cr           Duquesne Light Company    c/o Bernstein−Burkley, P.C.    601 Grant Street, 9th Floor    Pittsburgh, PA 15219
16558361     AES/PHEAA    Attn: Bankruptcy    P.O. Box 2461    Harrisburg, PA 17105
16558362     Amex    Correspondence/Bankruptcy    Po Box 981540    El Paso, TX 79998
16558363     Bank of America    Attn: Bankruptcy    4909 Savarese Circle    Tampa, FL 33634
16558364     Barclays    Attn: Bankruptcy    Po Box 8801    Wilmington, DE 19899
16558365     Cap1/kohls Dept Store    Po Box 31293    Salt Lake City, UT 84131
16558366     Cbna    Attn: Bankruptcy    one Tallman Road    Canton, NY 13617
16558367     Citibank    Attn: Bankruptcy Department    P.O.Box 790046    St. Louis, MO 63179
16558368     Citibank, N.A./CBNA    Citibank Customer Service, Attn: Bankrup    P.O. Box 6500    Sioux Falls, SD 57117
16558369     Citibank/Best Buy    Citicorp Cr Srvs/Centralized Bankruptcy    Po Box 790046    St Louis, MO 63179
16558370     Citibank/The Home Depot    Citicorp Cr Srvs/Centralized Bankruptcy    Po Box 790046    St Louis, MO 63179
16558371     Comenity Bank/Bread Finanical    Comenity Bank, Bankruptcy Department    Po Box 182125    Columbus, OH 43218
16558372     Comenity Bank/Maurices    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
16558373     Comenity Bk/Ulta    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
16558374     Comenity Capital/IKEA    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
16558375     Comenity/Ikea    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
16558376     Discover Financial    Attn: Bankruptcy    Po Box 3025    New Albany, OH 43054
16558377     Dollar Bk Vs    2700 Liberty Ave    Pittsburgh, PA 15230
16558378     First Savings Bank/Blaze    Attn: Bankruptcy    Po Box 5096    Sioux Falls, SD 57117
16558379     Goldman Sachs Bank USA    Attn: Bankruptcy    Po Box 70379    Philadelphia, PA 19176
16558380     Jpmcb    MailCode LA4−7100    700 Kansas Lane    Monroe, LA 71203
16558381     Macy's/ DSNB    Attn: Bankruptcy    9111 Duke Boulevard    Mason, OH 45040
16558382     Midland Credit Management    350 Camino De La Reina    Suite 100    San Diego, CA 92108
16558383     Midland Credit Management    PO Box 2004    Warren, MI 48090
16558384     Mission Lane LLC    Attn: Bankruptcy    P.O. Box 105286    Atlanta, GA 30348
16558385     OneMain Financial    Attn: Bankruptcy    Po Box 142    Evansville, IN 47701
16558387     PNC Financial    Attn: Bankruptcy    300fifth Ave    Pittsburgh, PA 15222
16558386     PennyMac Loan Services, LLC    Attn: Correspondence Unit    Po Box 514387    Los Angeles, CA 90051
16558388     Portfolio Recovery Associates, LLC    PO Box 12914    Norfolk, VA 23541
16558389     Syncb/Care Credit    Attn: Bankruptcy    Po Box 965064    Orlando, FL 32896
16558390     Syncb/ccdstr    Attn: Bankruptcy    P.O. Box 965065    Orlando, FL 32896
16558391     Synchrony Bank/Amazon    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896
16558392     Synchrony Bank/Gap    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896
16558393     Synchrony Bank/Lowes    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896
16558394     Synchrony Bank/Sams    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896
16558395     Synchrony/PayPal Credit    Attn: Bankruptcy    Po Box 965064    Orlando, FL 32896
16558396     Target NB    C/O Financial & Retail Services    Mailstop BT PO Box 9475    Minneapolis, MN 55440

TOTAL: 39