**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/24/2026

IN RE:

| | |
|---|---|
| CHARLES J. FERRARO | Case No.25-21859 CMB |
| KELLY A. FERRARO | |
| 10 MARILYN DRIVE | Chapter 13 |
| WEST MIFFLIN,  PA  15122 | |
| XXX-XX-1753          Debtor(s) | |

XXX-XX-1979

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/24/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M.** | Trustee Claim Number:2 | INT %: 11.00% | CRED DESC: VEHICLE |
| C/O ONE MAIN | Court Claim Number:22 | | ACCOUNT NO.: 0711 |
| PO BOX 3251 | | | |
| | CLAIM: 7,675.00 | | |
| EVANSVILLE, IN 47731-3251 | COMMENT: 9725@11%/PL*24.92% /FACE*W/50 | | |

| | | | |
|---|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| PO BOX 660929 | Court Claim Number:19 | | ACCOUNT NO.: 5377 |
| | CLAIM: 0.00 | | |
| DALLAS, TX 75266-0929 | COMMENT: CL19GOV*1836.30 PMT/PL*$1,718.24x(60+2)=LMT*BGN 8/25 | | |

| | | | |
|---|---|---|---|
| **ECMC(*)** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| LOCKBOX #8682 | Court Claim Number:3 | | ACCOUNT NO.: 1753 |
| PO BOX 16478 | | | |
| | CLAIM: 0.00 | | |
| ST PAUL, MN 55116-0478 | COMMENT: DEFERRED/PL@SPEC CL*CL=$1,179.72*FR PHEAA~DOC 25 | | |

| | | | |
|---|---|---|---|
| **CITIBANK NA** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 400 WHITE CLAY CENTER DR | Court Claim Number:21 | | ACCOUNT NO.: 8375 |
| | CLAIM: 6,636.79 | | |
| NEWARK, DE 19711 | COMMENT: MACYS AMX | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:15 | | ACCOUNT NO.: 1135 |
| | CLAIM: 10,881.58 | | |
| WILMINGTON, DE 19886-5102 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:31 | | ACCOUNT NO.: 8007 |
| | CLAIM: 4,541.79 | | |
| NORFOLK, VA 23541 | COMMENT: BARCLAYS/GAP | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | | ACCOUNT NO.: 0910 |
| | CLAIM: 0.00 | | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR~KOHLS/SCH | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:36 | | ACCOUNT NO.: 5679 |
| PO BOX 10587 | | | |
| | CLAIM: 178.47 | | |
| GREENVILLE, SC 29603-0587 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CITIBANK**** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | | ACCOUNT NO.: 4427 |
| | CLAIM: 0.00 | | |
| SIOUX FALLS, SD 57117-6214 | COMMENT: NT ADR/SCH | | |

CLAIM RECORDS

| LVNV FUNDING LLC | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:30 | ACCOUNT NO.: 3979 |
| PO BOX 10587 | | |
| | CLAIM:  5,075.90 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK/LL BEAN | |

| LVNV FUNDING LLC | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:34 | ACCOUNT NO.: 1907 |
| PO BOX 10587 | | |
| | CLAIM:  2,143.22 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  BBY/CITIBANK | |

| LVNV FUNDING LLC | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:35 | ACCOUNT NO.: 9956 |
| PO BOX 10587 | | |
| | CLAIM:  5,218.94 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  THD | |

| LVNV FUNDING LLC | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:33 | ACCOUNT NO.: 2991 |
| PO BOX 10587 | | |
| | CLAIM:  848.99 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  THD/CITIBANK | |

| LVNV FUNDING LLC | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:37 | ACCOUNT NO.: 9692 |
| PO BOX 10587 | | |
| | CLAIM:  358.09 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  THD/CITIBANK | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:24 | ACCOUNT NO.: 5077 |
| PO BOX 2489 | | |
| | CLAIM:  1,037.65 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  NATN'L TIRE & BATTERY | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2489 | Court Claim Number:28 | ACCOUNT NO.: 2459 |
| | CLAIM:  1,001.75 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  MAURICES | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:26 | ACCOUNT NO.: 2918 |
| PO BOX 2489 | | |
| | CLAIM:  167.72 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  ULTA | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:27 | ACCOUNT NO.: 8051 |
| PO BOX 2489 | | |
| | CLAIM:  208.67 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  IKEA | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:23 | ACCOUNT NO.: 5032 |
| PO BOX 2489 | | |
| | CLAIM:  2,284.44 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  IKEA | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENITY** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:25 | ACCOUNT NO.:  6058 |
| PO BOX 2489 | | |
| | CLAIM:  596.61 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  IKEA | |

| | | |
|---|---|---|
| **CAPITAL ONE NA S/B/M TO DISCOVER BANK** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:1 | ACCOUNT NO.:  4638 |
| | CLAIM:  5,197.20 | |
| NEW ALBANY, OH  43054 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE NA S/B/M TO DISCOVER BANK** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number:2 | ACCOUNT NO.:  9898 |
| | CLAIM:  1,599.50 | |
| NEW ALBANY, OH  43054 | COMMENT: | |

| | | |
|---|---|---|
| **DOLLAR BANK FSB(*)** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN CONSUMER DEFAULT MANAGEMENT | Court Claim Number: | ACCOUNT NO.:  6809 |
| PO BOX 3969 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST SAVINGS BANK** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5097 | Court Claim Number: | ACCOUNT NO.:  2394 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NT ADR~BLAZE/SCH | |

| | | |
|---|---|---|
| **GOLDMAN SACHS BANK USA** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 111 MAIN ST 8TH FL | Court Claim Number: | ACCOUNT NO.:  6740 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84101 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:4 | ACCOUNT NO.:  9487 |
| PO BOX 15368 | | |
| | CLAIM:  6,540.70 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:5 | ACCOUNT NO.:  4179 |
| PO BOX 15368 | | |
| | CLAIM:  2,338.01 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **CITIBANK NA** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 400 WHITE CLAY CENTER DR | Court Claim Number:20 | ACCOUNT NO.:  6967 |
| | CLAIM:  5,786.74 | |
| NEWARK, DE  19711 | COMMENT:  MACYS | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:17 | ACCOUNT NO.:  2913 |
| | CLAIM:  1,783.58 | |
| WARREN, MI  48090 | COMMENT:  CITIBANK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:16 | ACCOUNT NO.:  7011 |
| | CLAIM:  6,657.14 | |
| WARREN, MI  48090 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.:  5821 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348 | COMMENT: | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.:  2979 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348 | COMMENT: | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:40 | ACCOUNT NO.:  5857 |
| | CLAIM:  12,834.28 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:18 | ACCOUNT NO.:  2213 |
| | CLAIM:  4,897.22 | |
| NORFOLK, VA  23541 | COMMENT:  BRCLY/OLD NAVY | |

| | | |
|---|---|---|
| **RESURGENT RECEIVABLES LLC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:29 | ACCOUNT NO.:  4150 |
| PO BOX 10587 | | |
| | CLAIM:  588.43 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CARE CRDT | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:38 | ACCOUNT NO.:  8022 |
| | CLAIM:  80.42 | |
| HOUSTON, TX  77210-4457 | COMMENT:  CCDSTR | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:9 | ACCOUNT NO.:  1922 |
| | CLAIM:  1,399.87 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 4077864128*AMZN/SYNC | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:39 | ACCOUNT NO.:  5923 |
| | CLAIM:  143.51 | |
| HOUSTON, TX  77210-4457 | COMMENT:  AMZN/SYCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:10 | ACCOUNT NO.:  0212 |
| | CLAIM:  342.94 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 4077795020*SYNCH/PAYPAL | |

CLAIM RECORDS

| JEFFERSON CAPITAL SYSTEMS LLC(*) | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:11 | ACCOUNT NO.: 8631 |
| | CLAIM: 317.01 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 4077798162*PAYPAL/SYNC | |

| JEFFERSON CAPITAL SYSTEMS LLC(*) | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:12 | ACCOUNT NO.: 5256 |
| | CLAIM: 1,762.96 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 4077819604*LOWES/SYNC | |

| JEFFERSON CAPITAL SYSTEMS LLC(*) | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:13 | ACCOUNT NO.: 8299 |
| | CLAIM: 509.91 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 4077845102*SAMS/SYNC | |

| JEFFERSON CAPITAL SYSTEMS LLC(*) | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.: 6118 |
| | CLAIM: 2,911.92 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 4077870305*PAYPAL/SYNC | |

| TD BANK USA NA** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:6 | ACCOUNT NO.: 0361 |
| PO BOX 93024 | | |
| | CLAIM: 2,669.92 | |
| LAS VEGAS, NV 89193-3024 | COMMENT: | |

| TD BANK USA NA** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:7 | ACCOUNT NO.: 2493 |
| PO BOX 93024 | | |
| | CLAIM: 2,038.58 | |
| LAS VEGAS, NV 89193-3024 | COMMENT: | |

| GRB LAW** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |

| PEOPLES NATURAL GAS CO LLC* | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:8 | ACCOUNT NO.: 5150 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 307.84 | |
| PITTSBURGH, PA 15212 | COMMENT: NT/SCH | |

| KML LAW GROUP PC* | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: @OBJ/CONF | |

| ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M. | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O ONE MAIN | Court Claim Number:22 | ACCOUNT NO.: 0711 |
| PO BOX 3251 | | |
| | CLAIM: 1,911.48 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: NO GEN UNS/SCH*W/2 | |

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:19 | ACCOUNT NO.:  5377 |
| | CLAIM:  6,966.41 | |
| DALLAS, TX  75266-0929 | COMMENT:  CL19GOV*$0ARRS/PL*THRU 7/25 | |
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:32 | ACCOUNT NO.:  5096 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  501.55 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:41 | ACCOUNT NO.:  1979 |
| PO BOX 1123 | | |
| | CLAIM:  204.38 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |