**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 25-21859-CMB** |
| | ) | |
| **Charles J. Ferraro** | ) | **Chapter 13** |
| **Kelly A. Ferraro** | ) | |
| Debtors | ) | Related to Docket No. 39 |

—————————————————————————

**STIPULATED ORDER MODIFYING PLAN**

     **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ☐     a motion to dismiss case or certificate of default requesting dismissal

    ☐     a plan modification sought by:   _____

    ☐     a motion to lift stay
           as to creditor   _____

    ☒     Other:  **Motion for Allowance of Administrative Claim filed by People's Natural Gas (Doc #32)**

     **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

     **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒ Chapter 13 Plan dated July 16, 2025

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒     Plan payment shall change from $4,315.00 to $4,104.00, beginning August 2026.

    ☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: People's Gas paid per OE dated July 9, 2026 (Doc 36) as a priority administrative claims (with account number xxxx5354). Trustee shall make payments of $114.43 to People's Gas, beginning August 2026. Debtors believes this payment is feasible because they have regular income, and the plan is currently overfunded.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this ___15th Day of July, 2026

Dated: __ July 15, 2026

_Carlota M. Böhm_
United States Bankruptcy Judge    **drb**

FILED
7/15/26 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Matthew M. Brennan
Matthew M. Brennan, Esq.
PA ID #90195
Attorney for Debtor
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburrgh, PA
412-414-9366
attorneymatthewbrennan@gmail.com

Stipulated by:

/s/ Jeffrey R. Hunt
Jeffrey R. Hunt
PA ID #90342
jhunt@grblaw.com
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
Counsel to affected creditor

Stipulated by:

/s/ Dennis M. Sloan
Dennis M. Sloan
PA ID #83784

-3-

Attorney for Chapter 13 Trustee
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
dsloan@chapter13trusteewdpa.com


cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Charles J. Ferraro

Kelly A. Ferraro

    Debtors

Case No. 25-21859-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Jul 15, 2026     Form ID: pdf900     Total Noticed: 60

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles J. Ferraro, Kelly A. Ferraro, 10 Marilyn Drive, West Mifflin, PA 15122-3035 |
| 16558377 | + | Dollar Bk Vs, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |
| 16582053 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2026 01:42:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 16 2026 01:42:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16558361 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2026 01:42:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 16558362 | + | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 01:54:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 16558363 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 16 2026 01:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16576929 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 16 2026 01:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 16558364 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 16 2026 01:42:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 16558365 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 01:54:53 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16560088 | | Email/Text: mrdiscen@discover.com | Jul 16 2026 01:41:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 16558366 | ^ | MEBN | Jul 16 2026 01:41:23 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 16558367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 01:55:09 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16579473 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 01:54:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16558368 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 01:54:56 | Citibank, N.A./CBNA, Citibank Customer Service, Attn: Bankrup, P.O. Box 6500, Sioux Falls, SD |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 57117-6500 |
| 16558369 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 01:55:09 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16558370 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 01:54:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16558371 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 01:42:00 | Comenity Bank/Bread Finanical, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 16558372 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 01:42:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16558373 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 01:42:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16558374 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 01:42:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16558375 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 01:42:00 | Comenity/Ikea, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16558381 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 01:54:43 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16558376 | + Email/Text: mrdiscen@discover.com | Jul 16 2026 01:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16608539 | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2026 01:42:00 | Educational Credit Management Corporation (ECMC), PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 16558378 | Email/Text: BNSFS@capitalsvcs.com | Jul 16 2026 01:42:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 16558379 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 16 2026 01:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16573630 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 01:42:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16569882 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2026 01:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16558380 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2026 01:54:39 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16581420 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 01:54:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16558384 | Email/Text: ml-ebn@missionlane.com | Jul 16 2026 01:41:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 16558382 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 01:42:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 16558383 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 01:42:00 | Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 16578395 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 01:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16558385 | + Email/PDF: cbp@omf.com | Jul 16 2026 01:54:38 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 16579726 | + Email/PDF: cbp@omf.com | Jul 16 2026 01:54:38 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16566498 | + Email/Text: bncnotifications@pheaa.org | Jul 16 2026 01:42:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

District/off: 0315-2                              User: auto                                    Page 3 of 4
Date Rcvd: Jul 15, 2026                          Form ID: pdf900                               Total Noticed: 60

| 16582498 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2026 01:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 16558387 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2026 01:42:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16581647 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 01:54:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16558388 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 01:54:53 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 16558386 | + Email/PDF: ebnotices@pnmac.com | Jul 16 2026 01:55:08 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16578820 | + Email/PDF: ebnotices@pnmac.com | Jul 16 2026 01:54:42 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16572802 | + Email/Text: ebnpeoples@grblaw.com | Jul 16 2026 01:42:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16580656 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 01:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16580550 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 01:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16581419 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 01:54:40 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16558389 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:55:04 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16558390 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:54:52 | Syncb/ccdstr, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 16582465 | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 01:54:40 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16558391 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:54:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16558392 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:55:04 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16558393 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:54:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16558394 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:55:04 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16558395 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 01:54:52 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16571782 | Email/Text: bncmail@w-legal.com | Jul 16 2026 01:42:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 16558396 | + Email/Text: bncmail@w-legal.com | Jul 16 2026 01:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 16583263 | Email/Text: BNCnotices@dcmservices.com | Jul 16 2026 01:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Jul 15, 2026                       Form ID: pdf900                               Total Noticed: 60

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16571736 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16578685 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew M. Brennan | on behalf of Joint Debtor Kelly A. Ferraro attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Debtor Charles J. Ferraro attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7